**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SOFTWARE INC.,

      Plaintiff,

v.

NUMERIC CONCEPT & DESIGN
L.L.C.,

      Defendant.

Hon.
Case No.

---

**INDEX OF EXHIBITS**

Exhibit 1:    Certificate for Registration for Copyright Registration Number TXu 1-965-012, dated December 9, 2014