# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SOFTWARE INC.,

    Plaintiffs,

vs.

                                              Civil Action No. 18-CV-11524
NUMERIC CONCEPT & DESIGN         HON. MARK A. GOLDSMITH
L.L.C.,

    Defendant.

## NOTICE OF OFFER OF JUDGMENT

Whereas on September 12, 2018 NUMERIC CONCEPT & DESIGN L.L.C. served a Rule 68 offer of judgment on the Plaintiff in this action. This offer was not accepted by the Plaintiff within the statutory period.

October 23, 2018                Respectfully Submitted,

                                        By: /s/ J. Curtis Edmondson
                                        J. Curtis Edmondson (WA SBN 43795)
                                        3699 NE John Olsen Ave
                                        Hillsboro, OR 97124
                                        503-336-3749
                                        jcedmondson@edmolaw.com
                                        Counsel for Defendant

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2018, I electronically filed the foregoing:

NOTICE OF OFFER OF JUDGMENT

with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

October 23, 2018

By: /s/ J. Curtis Edmondson